UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO T. MORALES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM MUNIZ, Warden,<br><br>　　　　　Respondent. | No. 1:16-cv-00466-DAD-JLT (HC)<br><br>ORDER GRANTING MOTION TO AMEND TO NAME PROPER RESPONDENT<br><br>[Doc. No. 13]<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT TO WILLIAM MUNIZ |

　　　Petitioner initially named the People of the State of California as Respondent in this matter. On April 13, 2016, the Court issued an order advising Petitioner that the People of the State of California was not a proper respondent and that a petitioner proceeding with a petition for writ of habeas corpus must name the state officer having custody of him as respondent. The Court then directed Petitioner to amend the petition to name a proper respondent. Petitioner filed a motion to amend on April 20, 2016, wherein he requested Respondent be amended to William Muniz, Warden of Salinas Valley State Prison. Warden William Muniz is a proper respondent in this matter; therefore, the motion will be granted.

　　　Accordingly, the Court **ORDERS** that Petitioner's motion to amend the petition to name a proper respondent is **GRANTED**.

　　　The Clerk of Court is **DIRECTED** to substitute William Muniz as Respondent in this

1

matter. The parties are advised that this order does not alter the briefing schedule in this case, and the petition is currently pending review on the merits.

IT IS SO ORDERED.

Dated:     **February 9, 2017**                         **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE